```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 11752
    CAROL L SIMMONS
                                                    CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9396


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/09/2008 and was not confirmed.

     The case was dismissed without confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------

AURORA LOAN SERVICES LLC  CURRENT MORTG         .00           .00            .00
AURORA LOAN SERVICES LLC  MORTGAGE ARRE    30000.00           .00            .00
COOK COUNTY TREASURER     SECURED            828.36           .00            .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE    20000.00           .00            .00
SANTANDER CONSUMER USA    SECURED VEHIC     8041.70           .00            .00
ILLINOIS TITLE LOANS      SECURED VEHIC     2260.00           .00            .00
ROGERS ENTERPRISES        SECURED             300.00          .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    24245.33           .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    25000.00           .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    13000.00           .00            .00
WILL COUNTY TREASURERS O  SECURED          3928.92            .00            .00
AT & T                    UNSEC W/INTER NOT FILED             .00            .00
AT & T                    UNSEC W/INTER NOT FILED             .00            .00
AT & T                    UNSEC W/INTER NOT FILED             .00            .00
AWA COLLECTIONS           UNSEC W/INTER NOT FILED             .00            .00
BANK OF AMERICA NA        UNSEC W/INTER NOT FILED             .00            .00
BARR MANAGEMENT           UNSEC W/INTER    1135.60            .00            .00
BARCLAYS BANK DELAWARE    UNSEC W/INTER NOT FILED             .00            .00
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER NOT FILED             .00            .00
CASHLAND FINANCIAL        UNSEC W/INTER NOT FILED             .00            .00
CHECK AMERICA             UNSEC W/INTER NOT FILED             .00            .00
CHECK SYSTEMS             UNSEC W/INTER NOT FILED             .00            .00
CLERK OF THE CIRCUIT COU  UNSEC W/INTER NOT FILED             .00            .00
COLLECTION COMPANY OF AM  UNSEC W/INTER NOT FILED             .00            .00
COLLECTION CO OF AMERICA  UNSEC W/INTER NOT FILED             .00            .00
COLLECTION COMPANY OF AM  UNSEC W/INTER NOT FILED             .00            .00
COLLECTION COMPANY OF AM  UNSEC W/INTER NOT FILED             .00            .00
COMCAST                   UNSEC W/INTER NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED             .00            .00
COOK COUNTY STATES ATTOR  UNSEC W/INTER NOT FILED             .00            .00
COOK COUNTY STATES ATTOR  UNSEC W/INTER NOT FILED             .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 11752 CAROL L SIMMONS
```

```
COOK COUNTY STATES ATTOR  UNSEC W/INTER NOT FILED                     .00        .00
FIRST CASH ADVANCE        UNSEC W/INTER NOT FILED                     .00        .00
FIRST NAITONAL CREDIT/LE  UNSEC W/INTER NOT FILED                     .00        .00
GLOBAL E TELECOM INC      UNSEC W/INTER NOT FILED                     .00        .00
GUARANTY BANK BEST BANK   UNSEC W/INTER NOT FILED                     .00        .00
HEAVNER SCOTT BEYERS & M  UNSEC W/INTER NOT FILED                     .00        .00
ILLINOIS TITLE LOANS      UNSEC W/INTER NOT FILED                     .00        .00
INGALLS MEMORIAL HOSPITA  UNSEC W/INTER NOT FILED                     .00        .00
JVDB & ASSOC INC          UNSEC W/INTER NOT FILED                     .00        .00
MUTUAL HOSPITAL           UNSEC W/INTER NOT FILED                     .00        .00
MUTUAL HOSPITAL           UNSEC W/INTER NOT FILED                     .00        .00
MUTUAL HOSPITAL           UNSEC W/INTER NOT FILED                     .00        .00
NEW MILLENNIUM BANK       UNSEC W/INTER NOT FILED                     .00        .00
NICOR GAS                 UNSEC W/INTER NOT FILED                     .00        .00
PAYPAL INC                UNSEC W/INTER NOT FILED                     .00        .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     538.57                    .00        .00
CLERK OF THE CIRCUIT CT   UNSEC W/INTER NOT FILED                     .00        .00
ROGERS & HOLLAND          UNSEC W/INTER NOT FILED                     .00        .00
SALLIE MAE INC            UNSEC W/INTER    2026.14                    .00        .00
SULLIVAN URGENT AID CENT  UNSEC W/INTER NOT FILED                     .00        .00
THE LOAN MACHINE          UNSEC W/INTER NOT FILED                     .00        .00
WIRBICKI LAW GROUP        NOTICE ONLY   NOT FILED                     .00        .00
AMANDA ZIRKLE             NOTICE ONLY   NOT FILED                     .00        .00
CAROLYN BUTCHER           NOTICE ONLY   NOT FILED                     .00        .00
MIA RIDGNER               NOTICE ONLY   NOT FILED                     .00        .00
MUNIRAH HABEEL            NOTICE ONLY   NOT FILED                     .00        .00
SANTANDER CONSUMER USA    UNSEC W/INTER     402.14                    .00        .00
AURORA LOAN SERVICES      NOTICE ONLY   NOT FILED                     .00        .00
ROGERS ENTERPRISES        SECURED NOT I      .00                      .00        .00
ROGERS & HOLLAND          SECURED NOT I      .00                      .00        .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY   NOT FILED                     .00        .00
SALLIE MAE INC            UNSEC W/INTER    1750.00                    .00        .00
WASHINGTON MUTUAL BANK    NOTICE ONLY   NOT FILED                     .00        .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,000.00                               .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                              .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 11752 CAROL L SIMMONS

```
                          ---------------      ---------------
TOTALS                               .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 10/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```